**Order filed March 18, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-01131-CR
_____

### PAUL ARRINGTON WOOD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 337th Distict Court**
**Harris County, Texas**
**Trial Court Cause No. 1334849**

_____

## NO. 14-12-01132-CR
_____

### LONE STAR LUBE & WASH, L.P., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 337th Distict Court**
**Harris County, Texas**
**Trial Court Cause No. 1334851**

# **O R D E R**

Post-submission briefing is requested from the parties on the following issue. In the first paragraphs of the indictments, the phrase "water in the state" is limited to "A SANITARY SEWER," but in the second paragraphs it is not. Appellants and the State are directed to provide additional briefing on whether the trial court's denial of appellants' motions to quash may be affirmed because the second paragraphs lack this limitation, on or before April 3, 2014.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.